by reducing the amount of the judgment as entered to the sum of $2,172.10, and as so modified affirmed, without costs.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Wagner, JJ.

---

WALTER G. JONES v. GEORGE A. LAVALLEE.— Motion denied on condition that appeal be argued or submitted on the 14th day of May, 1926.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ZADOCH WOLFF, JEROME WOLFF and WALTER S. WOLFF, Copartners, etc., v. SAMUEL GLADSTONE and Another, Copartners, etc.— Motion denied, with ten dollars costs, and stay vacated.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE A. BOYD v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals of the City of New York.— Preference granted for May 5, 1926.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

MILLARD J. BLOOMER v. ELEANOR L. COFFIN, as Executrix, etc., of JAMES A. COFFIN, Deceased.— Preference granted for May 6, 1926.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

BENJAMIN BENGUIAT and Another v. " TILLIE " BLACKALLER, First Name Fictitious, etc.— Motion denied, with ten dollars costs, and stay vacated.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

YOUNG WOMEN'S CHRISTIAN ASSOCIATION IN THE CITY OF NEW YORK v. THE CITY OF NEW YORK.— Preference granted for May 11, 1926.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ELSIE H. DULA v. ROBERT B. DULA, JR.— Preference granted for May 11, 1926.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

KINGDON GOULD and Another, as Executors, etc., of GEORGE J. GOULD, Deceased, etc., and Others, v. KINGDON GOULD and Another, as Executors, etc., of GEORGE J. GOULD, Deceased; and GEORGE SINCLAIR GOULD and Others.— Motion granted on condition that record on appeal and appellant's points be filed on or before June 1, 1926.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

JACOB PROWLER v. THE CITY OF NEW YORK.— Preference granted for May 11, 1926.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of WILLIAM J. SLOANE and Others v. WILLIAM E. WALSH and Others, Constituting Board of Standards and Appeals, etc., and WALTON-WHYTE REALTY COMPANY.— Preference granted for May 11, 1926.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of SAMUEL JACKSON, as Executor, etc., of ISABELLA GATSLICK, Deceased.— Preference granted for May 12, 1926.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

GRACE H. GRIFFIN v. WILLIAM H. GRIFFIN.— Motion denied.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of THE PEOPLE OF THE STATE OF NEW YORK, by JESSE S. PHILLIPS, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of THE CASUALTY